# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KENNETH JOHN LEULUAIALII,<br><br>Petitioner,<br><br>v.<br><br>STEVE SINCLAIR,<br><br>Respondent. | Case No. 09-cv-0303-RSL<br><br>ORDER OF DISMISSAL |

The Court, after careful consideration of Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  The habeas petition is DENIED and this case is DISMISSED with prejudice.

(3)  Petitioner's motion to produce the entire state court record, Dkt. No. 25, is DENIED.

(4)  In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all 13 grounds asserted by Petitioner in his habeas petition.

ORDER OF DISMISSAL
PAGE - 1

1     (5)    The Clerk is directed to send copies of this Order to Petitioner, counsel for
Respondent and Judge Donohue.

DATED this 8th day of March, 2010.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
PAGE - 2